**No. 43412.**—Protests 410515–G, etc., of John Wanamaker (New York).

Opinion by TILSON, J.   In accordance with stipulation of counsel and on the authority of *United States* v. *Caesar* (18 C. C. P. A. 106, T. D. 44067), *Glemby's* v. *United States* (13 Ct. Cust. Appls. 533, T. D. 41397), and *United States* v. *Amrein* (26 C. C. P. A. 353, C. A. D. 40) Alençon lace, embroidered wearing apparel in part of lace, and Normandy lace were held dutiable at 75 percent under paragraph 1430 as claimed.

BEFORE THE THIRD DIVISION, MARCH 21, 1940

**No. 43413.**—Protest 958325–G of W. X. Huber Co. (Los Angeles).

Opinion by EVANS, J.   The claim as to the starch, having been abandoned, was overruled.   It was agreed that the canned beans are the same in all material respects as those covered by *Togasaki* v. *United States* (23 C. C. P. A. 342, T. D. 48197) and Abstract 34772.   They were therefore held dutiable at 35 percent under paragraph 775 as claimed.

**No. 43414.**—Protest 907607–G of North American Mercantile Co. (New York).

Opinion by EVANS, J.   In accordance with stipulation of counsel and on the authority of Abstract 32355 Mandarin oranges were held dutiable at 1 cent per pound under paragraph 743 as claimed, said duties being assessed on the weight of the contents of the cans as stated on the invoice.

**No. 43415.**—Protest 5994–K of Pacific Vegt. Oil Corp. (San Francisco).

Opinion by EVANS, J.   Following the authorities cited in Abstract 15400 the court dismissed the protest.

BEFORE THE THIRD DIVISION, MARCH 22, 1940

**No. 43416.**—Protests 13889–K/88881, etc., of Deligiannis Liquors et al. (Chicago).

Opinion by CLINE, J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.